UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LIDIA MARTINEZ,<br><br>      Plaintiff(s),<br><br>    v.<br><br>INFINITY INSURANCE COMPANY;<br>and DOES 1 to 150, Inclusive,<br><br>      Defendant(s). | CASE NO. SACV 09-453 DOC (Ex)<br><br>JUDGMENT |

Pursuant to the Court's May 20, 2010 Order Granting Motion for Summary Judgment, Judgment is hereby entered in favor of Defendant Infinity Insurance Company.

IT IS SO ORDERED.

DATED: June 18, 2010

                                                                                 _____<br>
                                                                                    DAVID O. CARTER<br>
                                                                       United States District Judge